THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* BLIND.

[No. 9,306.   Filed June 21, 1917.]

From Benton Circuit Court; *Burton B. Berry*, Judge.

Action by Charles O. Blind against The Cleveland, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for plaintiff, the defendant appeals. (Transferred to the Supreme Court under §1392 Burns 1914, Acts 1907 p. 237; §1397 Burns 1914, Acts 1901 p. 565.)

*Charles M. Snyder*, for appellant.
*Fraser & Isham*, for appellee.

PER CURIAM.—It appearing from the record in this case that a constitutional question is involved, and is duly presented in briefs of counsel, this cause is transferred to the Supreme Court, under §1392 Burns 1914, Acts 1907 p. 237; §1397 Burns 1914, Acts 1901 p. 565.